# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIONYSIOS GEROMICHALOS and** | : | **CIVIL ACTION** |
| **CONSTANCE GEROMICHALOS, h/w** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CASCADE ENGINEERING, INC., a/k/a,** | : | |
| **d/b/a, t/a CASCADE CART SOLUTIONS** | : | |
| | : | **NO. 20-3164** |

## ORDER

**NOW,** this 20th day of July, 2020, upon consideration of the Notice of Removal (Document No. 1), it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.